## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DERRICK BALL,** | ) | **CASE NO. 8:09CV16** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **FARM CREDIT SERVICES OF AMERICA,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 5). Upon review of Plaintiff's Motion, the court finds that Plaintiff is not financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing No. 5) is denied;

2. Plaintiff must pay the court's $350 filing fee by March 25, 2009. If the filing fee is not received by the specified deadline, this case is subject to dismissal;

3. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: March 25, 2009: deadline for Petitioner to pay $350 filing fee; and

4. No further review of this case will take place until the filing fee is paid.

DATED this 24th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge